<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SYNERGEIA HEALTH, INC.,<br><br>                                 Plaintiff,<br><br>v.<br><br>SANJEEV K. GUPTA, *et al.*,<br><br>                                 Defendants. | Civil Action No. 26-2315 (SDW) (LDW)<br><br>**ORDER**<br><br>April 29, 2026 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation dated April 10, 2026 by Magistrate Judge Leda D. Wettre (D.E. 16 ("R&R")) recommending granting Plaintiff's Motion to Remand this matter to the Superior Court of New Jersey, Morris County and for an award of fees and costs (D.E. 3, 9). This Court having reviewed the reasons set forth in the R&R by Judge Wettre as well as the parties' submissions[1],

**IT IS** on this 29th day of April 2026,

**ORDERED** that the R&R of Judge Wettre is **ADOPTED** as the conclusion of law of this Court;

**ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**;

**ORDERED** that Plaintiff's request for an award of fees and costs is **GRANTED**; and it is further

---

[1] The parties did not file objections to the R&R, but Defendants filed a Notice of Withdrawal of the Removal and of Defendants' Opposition to Plaintiff's Motion to Remand on April 14, 2026, after the R&R was issued. (D.E. 17.)

**ORDERED** that this matter is immediately remanded to the Superior Court of New Jersey, Morris County.

**SO ORDERED.**

   /s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
       Leda D. Wettre, U.S.M.J.