**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SYNERGEIA HEALTH, INC.,<br>Plaintiff,<br>v.<br>SANJEEV K. GUPTA, *et al.*,<br>Defendants. | Civil Action No. 26-2315 (SDW) (LDW)<br>**ORDER**<br>October 29, 2026 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation dated October 13, 2026 by Magistrate Judge Leda Dunn Wettre (D.E. 33 ("R&R")) recommending granting in part and denying in part Plaintiff's application for an award of attorneys' fees and costs pursuant to 28 U.S.C. § 1477(c) (D.E. 23 ("Application")). This Court has reviewed the reasons set forth in the R&R by Judge Wettre.[1] Based on the foregoing, and for good cause shown,

**IT IS** on this 29th day of October 2026,

**ORDERED** that the R&R of Judge Wettre is **ADOPTED** as the conclusion of law of this Court; and it is further

**ORDERED** that Plaintiff's Application is **GRANTED IN PART and DENIED IN PART** and counsel is awarded a total of $24,625.60.

[1] The parties did not file objections to the R&R.

**SO ORDERED.**

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
Leda Dunn Wettre, U.S.M.J.